### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | |
| **v.**   ) | **Civil No.  07-CV-185-JM** |
| ) | |
| **Seven Thousand Five Hundred Six Dollars**   ) | |
| **($7,506.00) in U.S. Currency, more or less,**   ) | |
| **seized from Richard Bradley,**   ) | |
| ) | |
| **Defendant-in-rem.**   ) | |
| _____ ) | |

### FINAL ORDER OF FORFEITURE

On June 18, 2007, the United States filed a Verified Complaint for Forfeiture in Rem, seeking the forfeiture of the defendant *in rem* Seven Thousand Five Hundred Six Dollars ($7,506.00) in U.S. Currency, more or less, seized from Richard Bradley, based upon alleged violations of 21 U.S.C. §§ 881(a)(6).  This Verified Complaint and the Notice of Complaint were served on all known potential claimants, including Richard Bradley, who was served on June 28, 2007, through his attorney Theodore Barnes, Esq.  There are no other known claimants.

The United States and Claimant Richard Bradley have reached a stipulated settlement agreement which provides for the forfeiture of a portion of the defendant *in rem*, and a return of a portion of the defendant *in rem* to Richard Bradley.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A.    That all rights, title and interests to the forfeiture of $4,206.00 of the defendant *in rem* $7,506.00 in U.S. Currency, more or less, seized from Richard Bradley, from which amount the United States Marshal's Service (USMS) shall deduct its costs related to this proceeding, are

hereby condemned, forfeited and vested in the United States of America pursuant to

21 U.S.C.§ 881(a)(6), free from the claims of any other party.  These funds shall be disposed of

by the USMS in accordance with the applicable law and regulations.  These funds, less costs to

the USMS associated with the defendant *in rem*, shall be deposited into the Department of

Justice Asset Forfeiture Fund in accordance with Title 28, United States Code, Section 524( c)

and Title 21, United States Code, Section 881(e);

       B.    That the remaining $3,300.00 in U.S. Currency of the defendant *in rem* $7,506.00 in

U.S. Currency, more or less, seized from Richard Bradley, is hereby dismissed from the case;

       C.    That Richard Bradley shall bear his own costs of this proceeding, including

attorney's fees, if any.

       The Clerk is hereby directed to send two certified copies of this Order to the USMS and

two certified copies to United States Attorney's Office, Attention: Assistant U.S. Attorney Seth

R. Aframe.


Dated:     September 5, 2007               /s/  James R. Muirhead
                                            _____

                                       UNITED STATES MAGISTRATE JUDGE